*FORM TO BE USED BY A PRISONER FILING A*
*42 U.S.C. δ 1983 CIVIL RIGHTS COMPLAINT*
*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

*I. CAPTION*

Shelby Tyrone Clark Jr
*(Enter the full name of the plaintiff or plaintiffs)*

*v.*

James Kremus of -
Lehigh County Adult Probation / Parole Office

*(Enter the full name of the defendant or defendants)*

*II. PARTIES*

a. *Plaintiff*
*Full name:* Shelby Tyrone Clark Jr

*Prison Identification number:* 0205753

*Place of present confinement:* 3C1 Cell 33

*Address:* 38 North Fourth Street Allentown PA 18102

*Place of confinement at time of incidents or conditions alleged in complaint, including address:*

Housing Unit 2D Cell 14 Bunk 2 Month of May & June

*Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.*

b. *Defendants: (list only those defendants named in the caption of the complaint, section I)*

1. *Full name including title:* Institutional Parole Officer James Kremus

   *Place of employment and section or unit:* Lehigh County Adult Probation/Parole Office

2. *Full name including title:* ____________________

   *Place of employment and section or unit:* ____________________

3. *Full name including title:* ____________________

   *Place of employment and section or unit:* ____________________

4. *Full name including title:* ____________________

   *Place of employment and section or unit:* ____________________

*Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.*

### *III. PREVIOUS LAWSUITS*

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

*Parties to your previous lawsuit:*

*Plaintiffs* ______________________________

*Defendants* ______________________________

*Issues:* ______________________________

______________________________

*Court: if federal, which district?* ______________________________

*if state, which county?* ______________________________

*Docket number:* ______________ *Date filed:* ______________

*Name of presiding judge:* ______________________________

*Disposition: (check correct answer(s)): Date:* ______________________________

*Dismissed* _____ *Reason?* ______________________________

*Judgment* _____ *In whose favor?* ______________________________

*Pending* _____ *Current status?* ______________________________

*Other* _____ *Explain* ______________________________

*Appeal filed?* _____ *Current status?* ______________________________

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

### *IV ADMINISTRATIVE REMEDIES*

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

a. *Describe the administrative procedures available to resolve the issues raised in this complaint:*

*Type of procedure. (grievance, disciplinary review, etc.)*

______________________________________________

*Authority for procedure. (DC-ADM, inmate handbook, etc.)*

______________________________________________

*Formal or informal procedure.* ______________________________

*Who conducts the initial review?* ______________________________

______________________________________________

*What additional review and appeals are available?* ______________________________

______________________________________________

______________________________________________

b. *Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:*

*On what date did you request initial review?* ______________________________

*What action did you ask prison authorities to take?* ______________________________

______________________________________________

*What response did you receive to your request?* ______________________________

______________________________________________

*What further review did you seek and on what dates did you file the requests?* ________

______________________________________________

______________________________________________

*What responses did you received to your requests for further review?*

______________________________________________

______________________________________________

______________________________________________

c. *If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?*

______________________________________________

______________________________________________

*V. STATEMENT OF CLAIM*

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

*Statement of Claim:*

(1) Parole Officer James Kremus failed to properly verify home plan by not calling landlord yet instead called my phone while incarcerated. (2) Due to nature of my case I believe this was intentional. (3) I left landlords number on home plan paperwork as instructed. (4) Sent request slip via case manager on 2D to notify that fiancé was no longer staying at home due to ailements and was staying with her older sister. Also to verify truth of facts by calling fiancé's sister. (5) Received request slip back from case manager on 2D stating he sent mail to potential parole address and stated he called my phone number instead of land lords after I sent request slip via case manager no one was living in the home at time. (7) I have proof of of procedure and response from parole officer James Kremus (8) Loss vehicle, home, furniture, electronics, family heirlooms

*VI. RELIEF*

*Instructions: Briefly state exactly what you want the Court to do for you.*

*Relief sought:*

Compensation for intentional infliction of emotional distress, abuse of power, discriminatory intent or purpose, malice and intent, loss of property, cruel and unusual punishment, violation of Color of Law, violation of Due process, deliberate indifference, indemnification

*VII. DECLARATION AND SIGNATURE*

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

8/27/2021
*DATE*

Shelby Tyrone Clark Jr
*SIGNATURE OF PLAINTIFF(S)*

Shelby Tyrone Clark Jr - 020 5753
LEHIGH COUNTY PRISON
38 NORTH 4th STREET
ALLENTOWN, PA 18102-3489





U.S.M.S.
X-RAY

Michael E. Kunz, Clerk
U. S. District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

RECEIVED
SEP - 7 2021